AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Adams, John R. | U.S. District Court, N.D. of Ohio | 06/18/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

510 U.S. Courthouse
2 S. Main
Akron, Ohio 44333

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Power of Attorney | (FBO of Disabled Parent--See Part VIII) |
| 2. | Custodian | (FBO of Grand Nephew--See Part VIII) |
| 3. | Custodian | (FBO of Grand Niece--See Part VIII) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R. | 06/18/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R. | 06/18/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Westfield Bank, fka Valley Savings Bank | Mortgage on Residence/Rental (Duplex) | K |
| 2. | Citi- Cards | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Fairlawn Ohio | D | Rent | N | Q | | | | | See VIII |
| 2. Huntington Bank Shares | A | Dividend | J | T | Sold (part) | 07/12/17 | K | D | |
| 3. Fidelity Contrafund | C | Dividend | L | T | | | | | |
| 4. Stifel Nicolas: Contrafund | A | Dividend | K | T | | | | | |
| 5. Janus Growth & Income Fund | A | Dividend | | | Sold | 09/27/17 | K | C | |
| 6. American Funds:AmCap Fund Inc. CL F | B | Dividend | K | T | Sold (part) | 09/27/17 | J | B | |
| 7. American Balanced Fund Inc. Cl F | B | Dividend | K | T | | | | | |
| 8. American High Inc. Tr. Cl F | A | Dividend | | | Sold | 07/12/17 | J | A | |
| 9. Eaton Vance World Wide Health Services | A | Dividend | | | Sold | 07/12/17 | K | D | |
| 10. Fidelity Advisor Fund Cl A | A | Dividend | K | T | | | | | |
| 11. Northwestern Mutual Inv. Services Mn Mkt. Fund | A | Dividend | J | T | | | | | |
| 12. Westfield Bank Checking fka Valley Savings Bank | A | Interest | J | T | | | | | |
| 13. T. Rowe Price New Era (X) | A | Dividend | | | Sold | 07/12/17 | J | A | |
| 14. Blackrock Strategic Municipal Opportunities Fnd Institutional Class | A | Dividend | K | T | Buy | 12/14/17 | K | | |
| 15. Columbia Overseas Value Fund Advisor Class | A | Dividend | K | T | Buy | 07/12/17 | K | | |
| 16. Europacific Growth Fund Class F-2 | A | Dividend | J | T | Buy | 07/12/17 | J | | |
| 17. MFS Internationa New Discovery Fund Class ! | A | Dividend | J | T | Buy | 07/12/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New World Fund Class F-2 | A | Dividend | J | T | Buy | 07/12/17 | J | | |
| 19. Tax Exempt Bond Fund of America | A | Dividend | K | T | Buy | 09/27/17 | K | | |
| 20. Tax Exempt Bond Fund of America Class F-2 | A | Dividend | K | T | Sold (part) | 12/14/17 | K | B | |
| 21. Huntington Bank Savings Account | A | Interest | L | T | Open | 08/09/17 | K | | |
| 22. Retirement Account | | | | | | | | | |
| 23. Huntington Bancshares | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 24. American Funds:AMCAP Fund Class F | A | Dividend | | | Sold | 05/26/17 | K | A | |
| 25. American High Income Tr. Cl F | A | Dividend | | | Sold | 05/26/17 | K | A | |
| 26. American Balanced Fund Cl. F | A | Dividend | | | Sold | 05/26/17 | L | A | |
| 27. Eaton Vance World Wide Health Sciences | A | Dividend | | | Sold | 05/26/17 | K | A | |
| 28. Fidelity Advisor Fund ClA | A | Dividend | | | Sold | 05/26/17 | L | A | |
| 29. T. Rowe Price New Era (X) | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 30. International Growth & Income | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 31. New World Fund Class C | A | Dividend | | | Sold | 05/26/17 | J | A | |
| 32. Dreyfus Ins. Deposit Prg. I | A | Dividend | J | T | Open | | J | | |
| 33. IS Shares Inc. MSCI EorozoneETF | A | Dividend | J | T | Buy | 05/26/17 | J | | |
| 34. Vanguard Bd Index FDS Vanguard Short Term Bond ETF | A | Dividend | J | T | Buy | 05/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R. | 06/18/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. New World Fund Class F-2 | A | Dividend | J | T | Buy | 05/26/17 | J | | |
| 36. Fidelity Advisor Total Bond Fund Class F | A | Dividend | K | T | Buy | 05/26/17 | K | | |
| 37. AMG Manager Fairport Mid Cap. Fund Class I | A | Dividend | J | T | Buy | 05/26/17 | J | | |
| 38. Vanguard Intl Equity/Index FDS FTSE Emerging Markets | A | Dividend | J | T | Buy | 05/26/17 | J | | |
| 39. FMI International Fund Institutional Class | A | Dividend | J | T | Buy | 05/26/17 | J | | |
| 40. IShares TR Core S&P 500 ETF | B | Dividend | L | T | Buy | 05/26/17 | L | | |
| 41. Pimco Income Fund Class P | B | Dividend | K | T | Buy | 05/26/17 | K | | |
| 42. The Oakmark International Small-Cap Fund Investor Class | A | Dividend | J | T | Buy | 05/26/17 | J | | |
| 43. Cohen & Steers Real Estate Securities Fund Class I | A | Dividend | J | T | Buy | 05/26/17 | J | | |
| 44. The Oakmark Select Fund Investor Class | A | Dividend | K | T | Buy | 05/26/17 | K | | |
| 45. I Shares TRCore S&P Mid Cap ETF | A | Dividend | J | T | Buy | 05/26/17 | J | | |
| 46. Vanguard Bd Index FDS Vanguard Total Bd Market ETF | A | Dividend | K | T | Buy | 05/26/17 | K | | |
| 47. Deutsche Enhanced Commodity Strategy Fund Institutional Class | A | Dividend | J | T | Buy | 05/26/17 | J | | |
| 48. Schwab Strategic Tr Intl EquityETF | A | Dividend | K | T | Buy | 05/26/17 | K | | |
| 49. Brown Capital Management Small Company Fund Institutional Class | A | Dividend | J | T | Buy | 05/26/17 | J | | |
| 50. Remainder Interest In Ohio Property | | None | | | Sold | 08/04/17 | L | F | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams, John R. | 06/18/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part 1, page 1, line 2--The undersigned is Power of Attorney for a disabled parent.

2) Part 1, page 1, line 3---The undersigned is custodian for the proceeds of a personal injury settlement for the benefit of a minor grand nephew.

3) Part 1, page 1, line 4---The undersigned is custodian for the proceeds of a personal injury settlement for the benefit of a minor grand niece.

4) Part VII, page 4, line 1---Rental property (duplex), located in the County of Summit, State of Ohio was appraised as part of refinancing in September, 2010.

5) Pro Bono legal services received from Judicial Watch, Inc. related to a confidential matter.

6) Account is proceeds of sale reflected in line 49.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John R. Adams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544